BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00063-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE; FINDINGS AND ORDER** |
| v. | |
| OSCAR RODRIGUEZ | |
| Defendant. | |

**STIPULATION RE.: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record Michael S. Frye, and defendant, by and through his counsel of record Robert Sherman Wynne, hereby stipulate to continue sentencing in this matter from July 28, 2014, to September 29, 2014. This is a joint request that will allow counsel for the Government and the Defendant to conduct further investigation into matters bearing on sentencing.

///

///

///

///

Stipulation to continue sentencing date           1

**IT IS SO STIPULATED.**

DATED:  July 22, 2014			Respectfully submitted,

					BENJAMIN B. WAGNER
					United States Attorney


					/s/ Michael S. Frye_____
					MICHAEL S. FRYE
					Assistant United States Attorney

DATED:  July    , 2014

					/s/ Robert Sherman Wynne_____
					Robert Sherman Wynne
					Counsel for Defendant


**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the sentencing hearing in this matter is continued from July 28, 2014, to September 29, 2014, at 8:30 a.m..


IT IS SO ORDERED.

Dated:   **July 23, 2014**			    **/s/ Lawrence J. O'Neill**
					UNITED STATES DISTRICT JUDGE