

FILED

DEC 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>                 Plaintiff, )<br><br>        vs. )<br><br>OSCAR RODRIGUEZ, )<br><br>                 Defendant. ) | 1:13-CR-00063-001 LJO<br><br>**ORDER TO RECONVEY CASH BOND AND TITLE ON VEHICLE** |

On September 29, 2014, the above named defendant, Oscar Rodriguez, was sentenced before the Honorable Lawrence J. O'Neill.

The Cash Bond (Receipt #CAE100021617) in the amount of $1,000.00, posted by Arlette Nunez shall be reconveyed forthwith.

The collateral vehicle (VIN# 19XFA16849EO11954) 2009 Honda, License plate #6PIY233 registered to Sidonia Valdez shall be reconveyed forthwith.

IT IS SO ORDERED.

Dated: Dec 23, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE